# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Rico Moses | ) Case No: 5:06-CR-258-2FL |
| | ) USM No: 25455-056 |
| Date of Original Judgment: May 23, 2007 | ) |
| Date of Previous Amended Judgment: August 5, 2009 | ) Joseph B. Gilbert |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.**   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

While the guideline amendment is applicable, the court considers a reduction not consistent with the policy statement in the Guidelines. See USSG 1B1.10(a), comment. (n. 1(B)(ii) and (iii)). In particular, a reduction is not warranted due to defendant's post-sentencing conduct, including fighting and use of marijuana, as set forth in disciplinary hearing reports. As a result of such conduct, a reduction also poses a danger to the community.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated May 23, 2007, and August 5, 2009, shall remain in effect. **IT IS SO ORDERED.**

Order Date: February 18, 2016

*Judge's signature*

Effective Date: _____    Louise W. Flanagan, U.S. District Judge
*(if different from order date)*    *Printed name and title*