# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

United States of America )
v. )
)
Rico Moses )   Case No: 5:06-CR-258-2FL
)   USM No: 25455-056
Date of Original Judgment: May 23, 2007 )
Date of Previous Amended Judgment: August 5, 2009 )  Joseph B. Gilbert
(Use Date of Last Amended Judgment if Any)                      *Defendant's Attorney*

**AMENDED**
## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 197 months **is reduced to** 185 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated May 23, 2007, and August 5, 2009, shall remain in effect. **IT IS SO ORDERED.**

Order Date: **April 11, 2016**

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Louise W. Flanagan, U.S. District Judge
*Printed name and title*